# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AMANDA THOMPSON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| | ) Case No. CIV-17-1001-M |
| | ) |
| vs. | ) |
| | ) |
| DEBBIE ALDRIDGE, Warden | ) |
| | ) |
| Respondent. | ) |

## ORDER

On October 5, 2017, Magistrate Charles B. Goodwin issued a Report and Recommendation in this action brought by Petitioner Amanda Thompson, appearing pro se, seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Magistrate Judge recommended that this action be transferred to the United States District Court for the Eastern District of Oklahoma for all further proceedings, including determination of *in forma pauperis status* (*see* Docket no. 2) because this is the district of conviction.

The Magistrate Judge advised the Petitioner of her right to file an objection to the Report and Recommendation and her failure to timely do so waives her right to appellate review of both factual and legal issues. As of this date no objection has been filed.

Accordingly upon *de novo* review, the Court:

(1) ADOPTS the Report and Recommendation [Docket no. 5] issued by the Magistrate Judge on October 5, 2017; and

(2) TRANFERS this action to the United States District Court for the Eastern of Oklahoma for all further proceedings, including determination of *in forma pauperis* status.

**IT IS SO ORDERED this 9th day of November 2017.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE